AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| TAYLA GREENE | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:20–CV–00578–TAD–KLH |
| | ) | Judge Terry A Doughty |
| DAKOTA DEMOSS, et al. | ) | |
| Defendant | ) | |

**SUMMONS IN A CIVIL ACTION**

To:
**John Clary**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Ronald S Haley**
> **Haley & Assoc**
> **5353 Florida Ave**
> **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 6/8/2020

/s/ – Tony R. Moore

3:20–CV–00578–TAD–KLH
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **John Clary** was received by me on *(date)*_____.

- I personally served the summons on **John Clary** at *(place)*_____
_____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)*
_____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                                        *Server's signature*

                                                            _____
                                                                        *Printed name and title*

                                                            _____
                                                                        *Server's address*


Additional information regarding attemped service, etc:

Case 3:20-cv-00578-TAD-KDM Document 7 Filed 06/08/20 Page 3 of 20 PageID #: 44

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| TAYLA GREENE | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:20–CV–00578–TAD–KLH |
| | ) | Judge Terry A Doughty |
| DAKOTA DEMOSS, et al. | ) | |
| Defendant | ) | |

**SUMMONS IN A CIVIL ACTION**

To:
**Dakota Demoss**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Ronald S Haley**
> **Haley & Assoc**
> **5353 Florida Ave**
> **Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __6/8/2020__

__/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:20–CV–00578–TAD–KLH
### PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Dakota Demoss** was received by me on *(date)*_____.

- I personally served the summons on **Dakota Demoss** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                                    *Server's signature*

                                                   _____
                                                                  *Printed name and title*

                                                   _____
                                                                    *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| <u>TAYLA GREENE</u><br>Plaintiff | )<br>) |
| v. | ) Civil Action No. 3:20–CV–00578–TAD–KLH<br>) Judge Terry A Doughty |
| <u>DAKOTA DEMOSS , et al.</u><br>Defendant | )<br>) |

**SUMMONS IN A CIVIL ACTION**

To:
**Chris Hollingsworth**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Ronald S Haley**
> **Haley & Assoc**
> **5353 Florida Ave**
> **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __6/8/2020__                        __/s/ – Tony R. Moore__

3:20–CV–00578–TAD–KLH
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Chris Hollingsworth** was received by me on *(date)*_____.

- I personally served the summons on **Chris Hollingsworth** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                               *Server's signature*

                                       _____
                                         *Printed name and title*


                                       _____
                                            *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| TAYLA GREENE | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:20–CV–00578–TAD–KLH |
| | ) | Judge Terry A Doughty |
| DAKOTA DEMOSS , et al. | ) | |
| Defendant | ) | |

**SUMMONS IN A CIVIL ACTION**

To:
**John Doe Corp**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Ronald S Haley**
> **Haley & Assoc**
> **5353 Florida Ave**
> **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __6/8/2020__                    __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:20–CV–00578–TAD–KLH
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **John Doe Corp** was received by me on *(date)*_____.

- I personally served the summons on **John Doe Corp** at *(place)*_____
 _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
 _____ , a person of suitable age and discretion who resides there, on *(date)*
 _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
 _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
 _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____  _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| TAYLA GREENE | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:20–CV–00578–TAD–KLH |
| | ) Judge Terry A Doughty |
| DAKOTA DEMOSS , et al. | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**Floyd McElroy**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Ronald S Haley**
        **Haley & Assoc**
        **5353 Florida Ave**
        **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 6/8/2020

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:20–CV–00578–TAD–KLH
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Floyd McElroy** was received by me on *(date)*_____.

- I personally served the summons on **Floyd McElroy** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                              *Server's signature*

                                       _____
                                              *Printed name and title*

                                       _____
                                              *Server's address*


Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| <u>TAYLA GREENE</u><br>Plaintiff | )<br>) |
| v. | ) Civil Action No. 3:20–CV–00578–TAD–KLH<br>) Judge Terry A Doughty |
| <u>DAKOTA DEMOSS</u>, et al.<br>Defendant | )<br>) |

**SUMMONS IN A CIVIL ACTION**

To:
**John Peters**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Ronald S Haley**
        **Haley & Assoc**
        **5353 Florida Ave**
        **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   6/8/2020                                          /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:20–CV–00578–TAD–KLH
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **John Peters** was received by me on *(date)*_____.

- I personally served the summons on **John Peters** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____    _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| TAYLA GREENE | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:20–CV–00578–TAD–KLH |
| | ) Judge Terry A Doughty |
| DAKOTA DEMOSS, et al. | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**Kory York**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Ronald S Haley**
        **Haley & Assoc**
        **5353 Florida Ave**
        **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __6/8/2020__          __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:20–CV–00578–TAD–KLH
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Kory York** was received by me on *(date)*_____.

- I personally served the summons on **Kory York** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                         *Server's signature*

                                                   _____
                                                         *Printed name and title*

                                                   _____
                                                         *Server's address*

Additional information regarding attemped service, etc: