UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TAYLA GREENE** | **CIVIL ACTION 3:20-CV-00578** |
| **VERSUS** | **JUDGE TERRY ALVIN DOUGHTY** |
| **DAKOTA DEMOSS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADINGS**

NOW INTO COURT, through undersigned counsel, comes Defendant, Christopher Hollingsworth, who shows that his current deadline to file responsive pleadings is August 31, 2020. Trooper Hollingsworth respectfully requests that this Honorable Court issue an order granting him an extension of time until September 14, 2020, to file responsive pleadings, with consent of Plaintiff, Tanya Greene.

WHEREFORE, Defendant, Master Trooper Christopher Hollingsworth, prays for an order extending his deadline to file responsive pleadings until **September 14, 2020**.

    Respectfully submitted,

    **BREITHAUPT DUBOS & WOLLESON LLC**
    1811 Tower Drive
    Monroe, Louisiana 71201
    Telephone: (318) 322-1202
    Facsimile: (318) 322-1984
    Email: scott@bdw.law


    **BY**: /s/ P. Scott Wolleson (#22691)

    **ATTORNEYS FOR HOLLINGSWORTH**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**TAYLA GREENE**            **CIVIL ACTION 3:20-CV-00578**

**VERSUS**            **JUDGE TERRY ALVIN DOUGHTY**

**DAKOTA DEMOSS, ET AL.**            **MAG. JUDGE KAREN L. HAYES**

## CERTIFICATION OF COMPLIANCE WITH LR 7.9

I hereby certify that, by email dated August 19, 2020, counsel for the parties have discussed the foregoing motion for extension. Counsel for Plaintiff, Tayla Greene, consents to the motion of Defendant, Master Trooper Christopher Hollingsworth, requesting to extend his deadline to filed responsive pleadings until **September 14, 2020**.

           Respectfully submitted,

           **BREITHAUPT DUBOS & WOLLESON LLC**
           1811 Tower Drive
           Monroe, Louisiana 71201
           Telephone: (318) 322-1202
           Facsimile: (318) 322-1984
           Email: scott@bdw.law

           **BY**: /s/ P. Scott Wolleson (#22691)

           **ATTORNEYS FOR HOLLINGSWORTH**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2020, a copy of the foregoing Unopposed Motion for Extension of Time to File Responsive Pleadings was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

*/s/ P. Scott Wolleson*