IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TAYLA GREENE | CIVIL ACTION: 3:20CV-00578 |
| VERSUS | JUDGE DOUGHTY |
| DAKOTA DEMOSS, ET AL. | MAG. JUDGE HAYES |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, come Defendants, MASTER TROOPER KORY YORK, SERGEANT FLOYD McELROY, LIEUTENANT JOHN CLARY, CAPTAIN JOHN PETERS, who respectfully represent:

1.

The undersigned counsel has been retained to take over the file of another attorney for representation of Defendants, MASTER TROOPER KORY YORK, SERGEANT FLOYD McELROY, LIEUTENANT JOHN CLARY, CAPTAIN JOHN PETERS.

2.

The undersigned counsel needs additional time within which to prepare and file responsive pleadings.

3.

Movants request an extension of their deadline for filing responsive pleadings to September 14, 2020.

4.

The undersigned certifies that on the 19th day of August, 2020, defense counsel did confer with plaintiff counsel Mark Maguire regarding this requested extension of time for filing responsive pleadings, and plaintiff counsel Mark Maguire agreed in writing to the requested extension of the deadline.

WHEREFORE, Defendants, MASTER TROOPER KORY YORK, SERGEANT FLOYD McELROY, LIEUTENANT JOHN CLARY, CAPTAIN JOHN PETERS, respectfully pray for an order permitting the extension of the responsive pleading deadline to September 14, 2020.

Shreveport, Louisiana, this the 25th day of August, 2020.

    Respectfully submitted,

    JEFF LANDRY
    Attorney General

    By:   s/ Brian D. Smith
        Brian D. Smith (#12151)
        Special Assistant Attorney General
        CASTEN & PEARCE, APLC
        Post Office Box 1180
        Shreveport, LA 71163-1180
        Telephone: (318) 221-3444
        Facsimile: (318) 221-8811
    ATTORNEY FOR DEFENDANTS MASTER
    TROOPER KORY YORK, SERGEANT
    FLOYD McELROY, LIEUTENANT JOHN
    CLARY, AND CAPTAIN JOHN PETERS

## **CERTIFICATION OF COMPLIANCE WITH LR 7.9**

I hereby certify that, by electronic mail dated August 19, 2020, counsel for the parties have discussed the foregoing motion for extension. Counsel for Plaintiff, Tayla Greene, consents to the motion of Defendants, Master Trooper Kory York, Sergeant Floyd McElroy, Lieutenant John Clary, Captain John Peters, requesting to extend his deadline to file responsive pleadings until **September 14, 2020**.

    s/ Brian D. Smith
    Brian D. Smith

## **C E R T I F I C A T E**

    I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Responsive Pleadings has been electronically filed on the 25th day of August, 2020, with the Clerk of Court and all counsel of record using the Court's CM/ECF.

                                                s/ Brian D. Smith
                                                BRIAN D. SMITH