UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TAYLA GREENE,** <br> as administrator of the estate of decedent, <br> **RONALD GREENE** | **CIVIL ACTION NO. 3:20-CV-0578** |
| **VERSUS** | **JUDGE TERRY DOUGHTY** |
| **TROOPER DAKOTA DEMOSS** <br> and **MASTER TROOPER CHRIS HOLLINGSWORTH** and **MASTER TROOPER KORY YORK** and **SERGEANT FLOYD MCELROY** and **LIEUTENANT JOHN CLARY** and **CAPTAIN JOHN PETERS AND DEPUTY SHERRIF CHRISTOPHER HARPIN** and **JOHN DOE CORPORATION l-3** | **MAG. JUDGE KAREN L. HAYES** |

### RULE 12(b) MOTION TO DISMISS, OR ALTERNATIVELY, RULE12(E) MOTION FOR MORE DEFNITE STATEMENT

**NOW COMES**, Defendant, **TROOPER DAKOTA DEMOSS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A TROOPER WITH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, LOUISIANA STATE POLICE**, who moves pursuant to Federal Rule of Civil Procedure 12(b) to dismiss for the following reasons:

1.

Plaintiff raises claims against DeKota DeMoss, individually and in his official capacity, as law enforcement agent with the Department of Public Safety and Correction which are barred by the doctrine of sovereign immunity granted pursuant to the Eleventh Amendment of the U.S. Constitution for official capacity actions.

2.

A state employee acting on behalf of a State Agency, in her official capacity, is not a person under 42 U.S.C. §1983.

3.

Defendant is entitled to qualified immunity.

4.

Therefore, plaintiff's Complaint fails to state a claim upon which relief may be granted.

5.

Alternatively, defendant moves for a more definite statement.

**WHEREFORE**, Defendant prays that plaintiffs' claimants be dismissed with prejudiced at plaintiffs' costs.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

By: /s/ C. Bryan Racer
    C. Bryan Racer, #24196
    Assistant Attorney General
    Louisiana Department of Justice
    Office of the Attorney General
    Litigation Division
    130 Desiard Street, Suite 812
    Monroe, LA 71201
    Tel:   (318) 362-5250
    Fax:  (318) 362-5259
    Email: racerc@ag.state.la.us
    *Attorneys for Trooper DaKota DeMoss*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Rule 12 Motion has been served upon the following counsel of record:

Ronald Haley
Ronald Haley and Associates
8211 Goodwood Blvd., Ste. E
Baton Rouge, LA 70806

P. Scott Wolleson
Breithaupt DuBos & Wolleson, LLC
1811 Tower Drive
Monroe, Louisiana 71201

Brian D. Smith
Casten & Pearce APLC
401 Edwards Street, Suite 2100
Shreveport, LA 71101

Monroe, Louisiana, this 14th day of September, 2020.

/s/ C. Bryan Racer
C. Bryan Racer