**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| TAYLA GREENE | CASE NO. 3:20-CV-00578 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DAKOTA DEMOSS, ET AL. | MAG. JUDGE KAREN L. HAYES |

**ORDER**

Before the undersigned magistrate judge, on reference from the District Court, are three motions to dismiss, or alternatively, motions for more definite statement [doc. #s 20, 22, & 23] filed by multiple defendants. On October 5, 2020, however, plaintiff filed an amended complaint that endeavored to ameliorate at least some of the grounds for the pending motions. (1st Amend. Compl. [doc. # 25]). In light of the amended complaint,

IT IS ORDERED that if any movants concede that the amended complaint redresses the bases for any of their respective motions to dismiss [doc. #s 20, 22, & 23], then, on or before **October 26, 2020**, they shall file a motion to withdraw their motion to dismiss and file an answer to the amended pleading. Otherwise, within that same period, movants may file a supplemental motion to dismiss the amended pleading, whereupon the Clerk of Court shall issue a notice that sets forth new briefing deadlines.

In Chambers, at Monroe, Louisiana, this 6th day of October 2020.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE