**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**TAYLA GREENE**                                    **CIVIL ACTION 3:20-CV-00578**

**VERSUS**                                                **JUDGE TERRY ALVIN DOUGHTY**

**DAKOTA DEMOSS, ET AL.**                 **MAG. JUDGE KAREN L. HAYES**

---

**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(l)**

---

Counsel for Defendant, Master Trooper Hollingsworth, in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(l) of the Federal Rules of Civil Procedure, of the recent death of Master Trooper Hollingsworth, a defendant in this action. Master Trooper Hollingsworth passed away on Tuesday, September 22, 2020. A Death Certificate is not yet available. A Proof of Death Letter from the Ouachita Parish Coroner is attached as Exhibit A.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

**BY**: /s/    *P. Scott Wolleson* (#22691)
          Special Assistant Attorney General

**BREITHAUPT DUBOS & WOLLESON** LLC
1811 Tower Drive
Monroe, Louisiana 71201
Telephone: (318) 322-1202
Facsimile: (318) 322-1984
Email: scott@bdw.law

**ATTORNEYS FOR HOLLINGSWORTH**

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 26, 2020, a copy of the foregoing Suggestion of Death

Upon the Record Under Rule 25(a)(1) was filed electronically with the Clerk of Court using the

CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's

electronic filing system.


*/s/ P. Scott Wolleson*