**OUACHITA PARISH CORONER'S OFFICE**
**103 MCMILLAN ROAD**
**WEST MONROE, LOUISIANA 71291**
**PHONE (318) 327-1362 FAX (318) 327-3433**

To Whom It May Concern,

The office of the Coroner for Ouachita Parish conducted an investigation into the circumstances surrounding the death of Christopher Hollingsworth, a White Male, whose date of birth is, 04/24/1974, who died in Caddo Parish, Louisiana on September 22, 2020.

Further, Pursuant to Louisiana Law, a forensic autopsy was conducted on the body as required by LSA-RS 33:1563 and the final report of that autopsy has been completed and released by the forensic pathologist. The death certificate is pending completion.

Therefore, in accordance with Louisiana Revised Statute 13:5713G(2), This written statement is being issued in lieu of a death certificate at this time to constitute proof of death to all persons, and for all purposes. Upon completion the death certificate, will provide the final cause and manner of death.

*[signature]*
Warren Lee
Chief Investigator
Ouachita Parish Coroner's Office