# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF DEATH

BIRTH NUMBER: **7912476**  
STATE FILE NUMBER: 2020 043-00992

### DECEDENT
| Field | Value |
|---|---|
| DECEDENT'S NAME | HOLLINGSWORTH, CHRISTOPHER CLAY |
| DATE OF BIRTH | 04/24/1974 |
| DATE OF DEATH | 09/22/2020 |
| TIME OF DEATH | 03:50 AM |
| PLACE OF BIRTH | MONROE, LA UNITED STATES |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE | 46 YEARS |
| DECEDENT'S ALIAS NAME(S) | |

### PERSONAL
| Field | Value |
|---|---|
| RESIDENCE OF DECEDENT | 201 ROY SULLIVAN RD., WEST MONROE, LA 71291 UNITED STATES |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | OUACHITA |
| EVER IN U.S. ARMED FORCES? | YES |
| OCCUPATION | STATE TROOPER |
| INDUSTRY OF OCCUPATION | LAW ENFORCEMENT |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE | BENNETT, DARBY |
| FATHER/PARENT NAME | HOLLINGSWORTH, CLAY DOUGLAS |
| FATHER/PARENT PLACE OF BIRTH | UNKNOWN, UNKNOWN NOT CLASSIFIABLE |
| MOTHER/PARENT NAME | GOLDSBERRY, CONCHITA MARIA |
| MOTHER/PARENT PLACE OF BIRTH | STARK CITY, MO UNITED STATES |
| INFORMANT'S NAME | HOLLINGSWORTH, DARBY |
| RELATIONSHIP TO DECEDENT | WIFE |
| INFORMANT'S ADDRESS | 201 ROY SULLIVAN RD., WEST MONROE, LA 71291 UNITED STATES |
| EDUCATION | SOME COLLEGE CREDIT, BUT NO DEGREE |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | WHITE |

### DEATH INFO
| Field | Value |
|---|---|
| PLACE OF DEATH | INPATIENT |
| FACILITY NAME | OCHSNER LSU HEALTH SHREVEPORT |
| FACILITY ADDRESS | 1541 KINGS HWY., SHREVEPORT, LA 71103 UNITED STATES |
| PARISH/COUNTY | CADDO |

### DISPOSITION
| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | NEW CHAPEL HILL BAPTIST CHURCH CEMETERY |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | WEST MONROE, LA UNITED STATES |
| DATE OF DISPOSITION | 09/25/2020 |

### FUNERAL FACILITY
| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | MULHEARN FUNERAL HOME, INC. - WEST MONROE |
| ADDRESS OF FUNERAL FACILITY | 300 MCMILLAN RD., WEST MONROE, LA 71291 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | MULHEARN, PETER G |
| LICENSE NUMBER | E2140 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 10/28/2020 |

### MEDICAL INFO
| Field | Value |
|---|---|
| MANNER OF DEATH | ACCIDENT |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

### CAUSE OF DEATH
PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. MULTIPLE BLUNT FORCE INJURIES | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| WAS AN AUTOPSY PERFORMED? | FINDINGS USED IN DETERMINING CAUSE? |
|---|---|
| YES | YES |

### INJURY INFORMATION
| Field | Value |
|---|---|
| PLACE OF INJURY | HIGHWAY |
| DATE OF INJURY | 09/21/2020 |
| TIME OF INJURY | 02:40 AM |
| INJURY AT WORK | N |
| IF TRANSPORTATION INJURY, SPECIFY | DRIVER |
| LOCATION OF INJURY | I-20 EAST AT EXIT 118AB, MONROE, LA 71201 UNITED STATES |
| PARISH/COUNTY | OUACHITA |
| DESCRIBE HOW INJURY OCCURRED | MULTIPLE BLUNT FORCE INJURIES |

### CERTIFIER
I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | *e-sign* |
| DATE | 10/25/2020 |
| CERTIFIER NAME | O'NEAL, TERI B |
| CERTIFIER TITLE | CORONER |
| CERTIFIER ADDRESS | 103 MCMILLAN RD., WEST MONROE, LA UNITED STATES |
| BURIAL TRANSIT PERMIT | 384729 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 09/24/2020 |
| DATE FILED WITH REGISTRAR | 10/28/2020 |

### REGISTRAR
SIGNATURE OF REGISTRAR: DEVIN GEORGE *e-sign*

ISSUED BY: Thompson, Kimberly R.  
Issued On: 10/28/2020 2:51:18 PM



007912476

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.


**DEVIN GEORGE**  
**STATE REGISTRAR**



A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT


AmeriTech, Incorporated — ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE