UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TAYLA GREENE** | **CASE NO. 3:20-CV-00578** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DAKOTA DEMOSS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 46] having been considered, together with the written Objections [Doc. Nos. 49 and 50] thereto filed with this Court, and, after *a de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motions to dismiss for lack of subject matter jurisdiction filed by Defendant, Trooper Dakota DeMoss [Doc. No. 20] and Defendants, Trooper Kory York, Sergeant Floyd McElroy, Lieutenant John Clary, and Captain John Peters [Doc. No. 22] are **DENIED, as moot**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the motions to dismiss for failure to state a claim upon which relief can be granted filed by Defendant, Trooper Dakota DeMoss [Doc. No. 20] as supplemented [Doc. No. 31], and Defendants, Trooper Kory York, Sergeant Floyd McElroy, Lieutenant John Clary, and Captain John Peters [Doc. No. 22], as supplemented [Doc. No. 30], are **GRANTED-IN-PART**, and that Plaintiff's denial-of-access claim is hereby **DISMISSED, without prejudice, as to all defendants.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the motions to dismiss for failure to state a claim upon which relief can be granted and alternative motions for more definite statement filed by Defendant, Trooper Dakota DeMoss [Doc. No. 20] as

supplemented [Doc. No. 31], and Defendants, Trooper Kory York, Sergeant Floyd McElroy, Lieutenant John Clary, and Captain John Peters [Doc. No. 22], as supplemented [Doc. No. 30], otherwise are **DENIED**.

Monroe, Louisiana, this 29th day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE