IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TAYLA GREENE,<br>as administrator of the estate of decedent,<br>RONALD GREENE | CIVIL ACTION: 3:20CV-00578 |
| VERSUS | JUDGE TERRY DOUGHTY |
| TROOPER DAKOTA DEMOSS<br>And MASTER TROOPER CHRIS<br>HOLLINGSWORTH and MASTER<br>TROOPER KORY YORK and<br>SERGEANT FLOYD MCELROY and<br>LIEUTENANT JOHN CLARY and CAPTAIN<br>JOHN PETERS and DEPUTY SHERIFF<br>CHRISTOPHER HARPIN and JOHN DOE<br>CORPORATION 1-3 | MAG. JUDGE KAREN L. HAYES |

## **NOTICE OF APPEAL**

Notice is hereby given that Captain John Peters, Lieutenant John Clary, and Seargent Floyd McElroy, Defendants in the above captioned matter, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final Judgment from an Order (Doc. No. 51) denying in part Defendants' Original and Supplemental Motions to Dismiss, as briefed (Doc. Nos. 22, 30 & 43) entered in this action on the 29th day of December, 2020.

                                            Respectfully submitted,

                                            JEFF LANDRY
                                            Attorney General

                                            By: /s/ Brian D. Smith
                                                  Brian D. Smith (#12151)
                                                  Special Assistant Attorney General
                                                  CASTEN & PEARCE, APLC
                                                  Post Office Box 1180
                                                  Shreveport, LA 71163-1180
                                                  Telephone: (318) 221-3444
                                                  Facsimile: (318) 221-8811

bsmith@castenandpearce.com  
ATTORNEY FOR DEFENDANTS CAPTAIN  
JOHN PETERS, LIEUTENANT JOHN CLARY,  
AND SERGEANT FLOYD McELROY

## CERTIFICATE OF SERVICE

  I do hereby certify that on January 27, 2021, I presented the foregoing Notice of Appeal to the Clerk of Court for uploading to the CM/ECF system and service on all parties through the CM/ECF system.

                 /s/Brian D. Smith
                 Brian D. Smith