UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TAYLA GREENE | CASE NO. 3:20-CV-00578 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DAKOTA DEMOSS, ET AL. | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Rule 12(b)(6) motion to dismiss for failure to state a claim upon which relief can be granted, or alternatively for more definite statement [doc. # 23] filed by defendant, Trooper Chris Hollingsworth, is DENIED, without prejudice.

IT IS FURTHER ORDERED that the Rule 12(b)(6) motion to dismiss for failure to state a claim upon which relief can be granted, including the request for fees[doc. # 52], filed by defendant, Kevin Reeves, is DENIED, as moot and/or as unavailable.

Monroe, Louisiana, this 19th day of February, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE