

## MCELDREW YOUNG
## PURTELL MERRITT

May 26, 2021

Governor John Bel Edwards
900 N 3rd Street Suite 4
Baton Rouge, LA 70802

Re:   *Estate of Ronald Greene v. DeMoss, et al.*; 5th Cir. Case No. 21-300044

Governor Edwards:

Since Ronald Greene's death, his family has sought to understand the truth about what happened to him. Initially, they were told that he was killed in a car accident. That was later demonstrated false by hospital records, an independent autopsy, and pictures of his vehicle. Subsequently, the LSP stated that Mr. Greene became unresponsive after a brief struggle with officers. Recent video and audio uncovered by the Associated Press has shown that statement to be inaccurate. Further reporting has revealed efforts to obfuscate the force which caused Mr. Greene's death, including troopers turning off body cameras, troopers lying about the existence of body camera footage, troopers falsifying use of force reports, and troopers giving false statements to investigators. Despite this concerted effort, the truth has finally emerged. LSP troopers used excessive force including beating, tasing, pepper spraying, dragging, and improperly restraining a submissive Ronald Greene. Then they attempted to cover it up.

There is no longer any doubt that the force used on Mr. Greene was excessive, unconstitutional, and deadly. The abuse of Mr. Greene and subsequent cover-up is now well known to you and the citizens of Louisiana. Accordingly, if there is an opportunity to spare Mr. Greene's family from continuing to relive the horror of losing him while still attaining some level of justice and reform, we are willing to negotiate a settlement in good faith.

To be clear, we are requesting an in-person meeting to discuss settlement and resolution of this matter. Please let us know at your earliest convenience if you are willing to engage in this process.

Sincerely,

McEldrew Young Purtell Merritt

S. Lee Merritt, Esq.
Daniel N. Purtell, Esq.
Mark V. Maguire, Esq.
John J. Coyle, Esq.

Cc:   Patrick Scott Wolleson, Esq.
      Jay P. Adams, Esq.
      Brian D. Smith, Esq.
      Blake Joseph Arcuri, Esq.
      James Bryan Mullaly, Esq.
      Laura Cannizzaro Rodrigues, Esq.