UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TAYLA GREENE,** as administrator of the estate of decedent, **RONALD GREENE** | **CIVIL ACTION NO. 3:20-CV-0578** |
| **VERSUS** | **JUDGE TERRY DOUGHTY** |
| **TROOPER DAKOTA DEMOSS** and **MASTER TROOPER CHRIS HOLLINGSWORTH** and **MASTER TROOPER KORY YORK** and **SERGEANT FLOYD MCELROY** and **LIEUTENANT JOHN CLARY** and **CAPTAIN JOHN PETERS AND DEPUTY SHERRIF CHRISTOPHER HARPIN** and **JOHN DOE CORPORATION l-3** | **MAG. JUDGE KAREN L. HAYES** |

### MOTION TO VACATE CIVIL CASE MANAGEMENT ORDER

**NOW COMES**, Defendant, **TROOPER DAKOTA DEMOSS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A TROOPER WITH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, LOUISIANA STATE POLICE**, who moves to vacate the September 1, 2021 Civil Case Management Order [Doc No. 96] for the following reasons:

1.

Plaintiff filed the instant litigation against several law enforcement officials. After waiving service under Fed. R. Civ. P. 4, DaKota DeMoss filed a Motion to Dismiss. [Doc. No. 20]. With the exception of defendant Harpin who filed an answer, the remaining defendants similarly filed Motions to Dismiss [Doc. Nos. 22-23, & 40].

2.

Following plaintiff's filing of an Amended Complaint [Doc. No. 25] and Supplemental briefing [Doc. Nos. 30-31, the Magistrate Issued a Report and Recommendation. [Doc. No. 46]. Following objections, this Honorable Court issued a Judgment consistent with the Report and Recommendation. [Doc. No. 51].

3.

Based upon the Judgment, DaKota DeMoss filed a Notice of Appeal. [Doc. No 57]. The co-defendants, similarly, appealed. [Doc. Nos. 58-59].

4.

Currently, the parties filed briefs concerning the issues with the United State Court of Appeals for the Fifth Circuit. The matter is set for oral argument the week of October 4, 2021. See Exhibit A attached hereto.

5.

Based upon the appeal, this Honorable Court currently lacks jurisdiction concerning the issue of qualified immunity.

6.

Based upon the qualified immunity discovery protections, DaKota DeMoss submits that the Civil Case Management Order is premature.

**WHEREFORE**, Defendant prays that the Civil Case Management Order [Doc. No. 96] be vacated until a final judgment regarding the appeal of DaKota DeMoss' Motion to Dismiss issues.

                                        Respectfully submitted,

                                        JEFF LANDRY
                                        ATTORNEY GENERAL

        By: <u>/s/ C. Bryan Racer</u>
            C. Bryan Racer, #24196
            Assistant Attorney General
            Louisiana Department of Justice
            Office of the Attorney General
            Litigation Division
            130 Desiard Street, Suite 812
            Monroe, LA 71201
            Tel:   (318) 362-5250
            Fax:  (318) 362-5259
            Email: racerc@ag.state.la.us
            *Attorneys for Trooper DaKota DeMoss*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the above and foregoing Motion to Vacate Civil Case Management Order filed by Defendant, Dakota DeMoss, has been electronically filed with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be forwarded to all counsel by operation of the Court's electronic filing system.

    Monroe, Louisiana, this ___ day of September, 2021.

                                                <u>/s/ C. Bryan Racer</u>
                                                  COUNSEL