**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**September 10, 2021**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **TAYLA GREENE** | **CASE NO. 3:20-CV-00578** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DAKOTA DEMOSS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On September 9, 2021, Defendant Dakota Moss ("Moss") filed a Motion to Vacate Civil Case Management Order [Doc. No. 98]. Plaintiff may file a Response to the Motion by Tuesday, September 14, 2021. Moss may file a Reply to the Response by Thursday, September 16, 2021.

TAD

