IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

TAYLA GREENE
as administrators of the estate of the decedent
RONALD GREENE

Plaintiff

v.

TROOPER DAKOTA DEMOSS and MASTER
TROOPER CHRIS HOLLINGSWORTH and
MASTER TROOPER KORY YORK and
SERGEANT FLOYD MCELROY and
LIEUTENANT JOHN CLARY and CAPTAIN
JOHN PETERS and COLONEL KEVIN
REEVES and DEPUTY SHERRIF
CHRISTOPHER HARPIN and DOE 1-5
and JOHN DOE CORPORATION 1-3

Defendants.

Civil Action
No. 20-0578

## MOTION TO ENROLL

NOW INTO COURTcomes Plaintiff Tayla Greene who, through undersigned counsel, moves to enroll Christopher J. Murell (#32075) of the Murell Law Firm as additional counsel of record in the above-captioned matter. The enrollment of underigned counsel will cause no delays.

*Christopher J. Murell*
Christopher J. Murell (#32075)
MURELL LAW FIRM
2831 St. Claude Ave.
New Orleans, LA 70117
(504) 717-1297 (P)
chris@murell.law

1

## **CERTIFICATE**

I hereby certify that a copy of the foregoing pleading was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

New Orleans, Louisiana this **8st** day of **December**, 2021.

>   **/s/ Christopher J. Murell**
>   **CHRISTOPHER J. MURELL**