## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAYLA GREEN, ET AL** | **CIVIL ACTION NO. 3:20-CV-578** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TROOPER DAKOTA DEMOSS, ET al** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes defendant, Deputy Christopher Harpin, who respectfully request that Jason P. Wixom (LSBN #32273), with the Law Firm of Frosch, Rodrigue, Arcuri, LLC (successor to Usry & Weeks, PLC), be enrolled as Co-Counsel of Record in the above captioned matter.

**WHEREFORE**, the foregoing being considered, defendant prays that this Motion to Enroll as Co-Counsel of Record be granted, and that Jason P. Wixom (LSBN #32273) be enrolled as Co- Counsel of record in the above captioned matter.

Respectfully submitted,

FROSCH, RODRIGUE, ARCURI LLC

s/ *Laura C. Rodrigue*
BLAKE J. ARCURI (LSBN #32322)
LAURA C. RODRIGUE (LSBN #30428)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel: (504) 592-4600 Fax: (504) 592-4641
*Counsel for defendant*
Email: barcuri@fralawfirm.com
  lrodrigue@fralawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of January 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

                                                                  s/ *Laura C. Rodrigue*