**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **TAYLA GREENE** | **CASE NO. 3:20-CV-00578** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DAKOTA DEMOSS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering the foregoing Motion to Stay and Continue [Doc. No. 136] filed by Defendants and the Response to the Motion [Doc. No. 138] filed by Plaintiff,

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. To the extent that the parties move for a continuance in this matter, the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that to the extent the parties move for a stay, the Motion is **GRANTED**, and all deadlines currently set in this matter are hereby **STAYED** pending the outcome in the state court proceedings.

**IT IS FURTHER ORDERED** that the parties file a motion to lift the stay as soon as the related criminal proceedings are resolved. In any event, the parties shall file a status report with the Court every 180 days.

**IT IS FURTHER ORDERED** that Plaintiff's request [Doc. No. 138] that discovery be permitted to be conducted consistent with F ED. R. C IV. P. 45 as to non-party institutions who are in possession, custody, and control of discovery documents and tangible things is **GRANTED**.

MONROE, LOUISIANA, this 15th day of February 2023.

                                                                                        Terry A. Doughty
                                                                                   United States District Judge