UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TAYLA GREENE As Administrator of the Estate of the decedent RONALD GREENE<br><br>Plaintiff,<br><br>vs.<br><br>DAKOTA DEMOSS, ET AL,<br><br>Defendants. | CIVIL ACTION NO. 3:20-CV-00578<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAG. JUDGE KAYLA D. MCCLUSKY |

## *EX PARTE* MOTION TO APPEAR *PRO HAC VICE*

In accordance with the local rules for the United States District Court, Western District of Louisiana, here comes undersigned counsel who respectfully requests admission pro hac vice to the bar of this court for the purpose of appearing on behalf of Plaintiff, Tayla Greene, in the above-described action.

1.

James M. Williams and Inemesit U. O'Boyle of the law firm of Chehardy, Sherman, Williams, Recile, & Hayes, LLP, who are licensed to practice law in the State of Louisiana and before this Court have been retained as counsel for Plaintiff in the above-captioned proceeding. In accordance with the local rules for the United States District Court, Western District of Louisiana they are appointed as local counsel.

2.

I am ineligible to become a member of this court, but I am a member in good standing of the bar of the State of Florida (January 1996).  *See* Certificate of Good Standing attached hereto as Exhibit A.

3.

I have never been sanctioned or disciplined by any court or administrative body.

4.

Payment of the applicable $105.00 fee shall be made via the Court's electronic filing system or as otherwise directed by the Clerk of the Court.  I am aware that the fee referenced herein is applicable in each case in which I seek recognition as qualified counsel.

5.

I agree to comply with the Local Rules for the United States District Court for the Western District of Louisiana.

6.

If permitted to appear, I understand that I may participate in this particular action in all respects, except that all documents requiring signature of counsel for a party may not be signed solely by me but must bear the signature also of local counsel.

7.

I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10.  I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not

filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

.

Respectfully Submitted,

| BEN CRUMP LAW, PLLC | CHEHARDY, SHERMAN, WILLIAMS, RECILE, & HAYES, LLP |
|---|---|
| /s/ *Ben Crump*<br>Ben Crump<br>122 S. Calhoun Street<br>Tallahassee, Florida 32301<br>Telephone: 800-683-5111<br>court@bencrump.com | /s/ *James M. Williams*<br>James M. Williams (Bar No. 26141)<br>Inemesit U. O'Boyle (Bar No. 30007)<br>1 Galleria Boulevard, Suite 1100<br>Metairie, Louisiana 70001<br>Telephone: (504) 833-5600<br>Facsimile: (504) 833-8080<br>james@thetrialteam.com<br>inem@thetrialteam.com |
| **APPLYING ATTORNEY** | **LOCAL COUNSEL** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel using the Court's CM/ECF system this 7th day of March, 2024.



　　　　　/s/ James M. Williams
　　　　　JAMES M. WILLIAMS