UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TAYLA GREENE As Administrator of the Estate of the decedent RONALD GREENE<br><br>Plaintiff,<br><br>vs.<br><br>DAKOTA DEMOSS, ET AL,<br><br>Defendants. | CIVIL ACTION NO. 3:20-CV-00578<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAG. JUDGE KAYLA D. MCCLUSKY |

## **ORDER**

Considering the foregoing *Ex Parte Motion to Appear Pro Hac Vice:*

IT IS HEREBY ORDERED that Ben Crump of Ben Crump Law, PLLC be and are hereby admitted to the bar of this Court via pro hac vice on behalf of Tayla Greene in the above-described action.

Monroe, Louisiana, this 13th day of March, 2024.

_____
**JUDGE**