UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TAYLA GREENE As Administrator of the Estate of the decedent RONALD GREENE**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DAKOTA DEMOSS, ET AL,**<br><br>**Defendants.** | CIVIL ACTION NO. 3:20-CV-00578<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAG. JUDGE KAYLA D. MCCLUSKY |

### PLAINTIFF'S MOTION TO LIFT STAY

Plaintiff, Tayla Greene, by and through undersigned counsel hereby files this Motion to Lift the Stay in the above captioned matter. In support thereof, Plaintiff avers as follows:

I.

On May 5, 2020, Plaintiff initiated this matter by filing a civil complaint averring violations of the constitutional rights of Plaintiff's decedent. (ECF No. 1)

II.

On September 14, 2020, Defendants filed Motions to Dismiss Plaintiff's Claims. (ECF Nos. 20,22,23)

III.

In response, Plaintiff filed an Amended Complaint on October 5, 2020. (ECF No. 25)

IV.

On October 26, 2020, Defendants filed a Supplemental Motion to Dismiss the Amended Complaint. (ECF No. 31)

V.

On December 29, 2020, this Honorable Court Denied Defendant's Motions to Dismiss and Directed Defendant's to Answer Plaintiff's Amended Complaint. (ECF No. 51)

VI.

On January 27, 2021, Defendants filed a Notice of Appeal of this Honorable Court's Judgment to the Fifth Circuit. (ECF No. 57)

VII.

On September 20, 2022, the Fifth Circuit Denied Defendants' Appeal and returned jurisdiction of this matter to this Honorable Court. (ECF No. 120)

VIII.

On December 17, 2022, this Honorable Court issued a Scheduling Order, setting trial for June 17, 2024.

IX.

Thereafter, on February 6, 2023, Defendants filed a Motion to Stay Proceedings pending the resolution of criminal charges against Defendants. (ECF No. 136)

X.

On February 15, 2023, this Honorable Court Granted Defendants' Motion and stayed all deadlines. (ECF No. 279)

XI.

Since that time, this matter has remained in stay.

XII.

Upon information and belief, all prosecutions against Defendants for conduct underlying this action have concluded.

XIII.

As the basis for the stay no longer exists, Plaintiff respectfully requests this Honorable Court enter an order lifting the stay and hold a status conference or scheduling conference pursuant to local Rule 16 and FRCP 16(b) respectively.

Respectfully Submitted,

/s/ Erin R. Hawkins_____
James M. Williams (Bar No. 26141)
Inemesit U. O'Boyle (Bar No. 30007)
Erin R. Hawkins (Bar No. 37374)
1 Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001


/s/ Mark V. Maguire_____
Mark V. Maguire (Bar No.: 94242)
John J. Coyle (Bar No.: 312084)
123 Broad St. Suite 2250
Philadelphia, PA 19109