# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **TAYLA GREENE As Administrator of the Estate of the decedent RONALD GREENE** <br><br> **Plaintiff,** <br><br> vs. <br><br> **DAKOTA DEMOSS, ET AL,** <br><br> **Defendants.** | CIVIL ACTION NO. 3:20-CV-00578 <br><br> JUDGE TERRY A. DOUGHTY <br><br> MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

Considering the foregoing Plaintiff's Motion to Lift Stay:

**IT IS ORDERED** that the Plaintiff's Motion to Lift Stay is hereby GRANTED.

**IT IS FURTHER ORDERED** that the above entitled and numbered matter be and is hereby set for a Status/Scheduling Conference on the _____ day of _____, 2025, at ____:___ __.m. for the purpose of selecting a trial date along with all other necessary cutoff dates.

Monroe, Louisiana, this _____ day of _____, 2025.

_____
**JUDGE**