# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **TAYLA GREENE As Administrator of the Estate of the decedent RONALD GREENE** | **CIVIL ACTION NO. 3:20-CV-00578** |
| | **JUDGE TERRY A. DOUGHTY** |
| **Plaintiff,** | **MAG. JUDGE KAYLA D. MCCLUSKY** |
| vs. | |
| **DAKOTA DEMOSS, ET AL,** | |
| **Defendants.** | |

## ORDER

Considering the foregoing Plaintiff's Motion to Lift Stay:

**IT IS ORDERED** that the Plaintiff's Motion to Lift Stay is hereby GRANTED.

**IT IS FURTHER ORDERED** that a new scheduling order will issue.

Monroe, Louisiana, this 20th day of February, 2025.


_____
**JUDGE**