UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| TAYLA GREENE, as Administrator of the Estate of the Decedent, RONALD GREENE | * * * * | CIVIL ACTION NO.: 3:20-CV-00578-TAD-KDM |
| Plaintiffs | * * | |
| VERSUS | * * * | JUDGE: Terry A. Doughty |
| TROOPER DAKOTA DEMOSS and DARBY HOLLINGSWORTH, in her capacity as tutrix of the minor, G.H. in lieu of MASTER TROOPER CHRIS HOLLINGSWORTH and MASTER TROOPER KORY YORK and SERGEANT FLOYD MCELROY and LIEUTENANT JOHN CLARY and CAPTAIN JOHN PETERS and DEPUTY SHERIFF CHRISTOPHER HARPIN and JOHN DOE 1-5 and JOHN DOE CORPORATION 1-3 | * * * * * * * * * * * * | MAGISTRATE JUDGE: Kayla D. McClusky |
| Defendants | | |

*******************************************************************

STATE OF LOUISIANA

PARISH OF _Ouachita_

**AFFIDAVIT**

BEFORE ME, the undersigned authority, personally came and appeared:

**JOHN PETERS**

who first being duly sworn did declare, attest, and state:

1. Affiant is above the age of majority.

2. He is of sound mind.

3. He is familiar with the allegations raised against him and the other defendants in this matter.

4. At the time of the event involving Ronald Greene on May 10, 2019, he was a Captain in

the Louisiana State Police, Troop F.

5. In the days, weeks, and months prior to this incident, the vast majority of his work involved administrative work which was performed inside the Troop Headquarters and during daylight hours.

6. He had no knowledge whatsoever of the interactions between law enforcement and Ronald Greene, including the pursuit of Ronald Greene via automobile or the circumstances involving his arrest and detention and the use of force involving Ronald Greene, until he received a call from Lt. John Clary after these events in the early morning of May 10, 2019.

7. During the night of May 9, 2019 and into the early morning of May 10, 2019, he was at home and was not working.

8. In the early morning of May 10, 2019, he received a call from Lt. John Clary with the Louisiana State Police who advised him that there had been a high-speed pursuit of the vehicle driven by Ronald Greene and a use of force after Ronald Greene lost control of his vehicle in Union Parish, Louisiana.

9. Based upon the information provided to Affiant by Lt. John Clary in the early morning of May 10, 2019, Ronald Greene had already been taken from the scene via ambulance before Lt. Clary first called him.

10. Thereafter, Lt. Clary called again and advised that Mr. Greene had died.

11. At that point, Affiant got dressed and traveled to the Glenwood Medical Center in West Monroe, La. where Ronald Greene had been taken.

12. After his arrival at Glenwood Medical Center, Affiant was asked to drive the vehicle assigned to Trooper DeMoss back to the Troop F Headquarters.

13. Thereafter, he was driven to the scene in Union Parish and then drove the vehicle assigned to Officer DeMoss to Troop F Headquarters.

14. Therefore, the only time he was at the Union Parish scene was well after Ronald Greene had been taken away by an ambulance.

15. He had no role in the high-speed pursuit involving Ronald Greene on May 10, 2019 or at any time.

16. He had no role in the use of force involving Ronald Greene on May 10, 2019 or at any time.

17. He had no interaction with Ronald Greene on May 9 and May 10, 2019.

18. To Affiant's best knowledge, he had no interaction with Ronald Greene at any time.

19. The above was made based upon personal knowledge, information, and belief of

Witnesses:     Affiant:

Julie D. Salisbury

Jerry Salisbury

_____
JOHN PETERS

SWORN TO AND SUBSCRIBED before me, Notary Public, this 3rd day of April, 2025.

_____
NOTARY PUBLIC
Print Name: Debra E Salisbury
Bar Roll No.: Notary # 60212
Commission Expires: Good for Life

THIS DOCUMENT NOT PREPARED BY THE UNDERSIGNED NOTARY ATTESTING TO SIGNATURES ONLY



OFFICIAL SEAL
DEBRA E. SALISBURY
NOTARY PUBLIC NO. 60212
STATE OF LOUISIANA
PARISH OF OUACHITA
My Commission is for Life