UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TAYLA GREENE<br>as Administrator of the Estate of the<br>decedent RONALD GREENE<br><br>VERSUS<br><br>TROOPER DAKOTA DEMOSS, ET AL. | CIVIL ACTION NO: 20-cv-0578<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAGISTRATE JUDGE KAYLA MCCLUSKY |

**JOINT MOTION FOR ENTRY OF PROPOSED**
***CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT***

Plaintiff in the above-captioned action ("Plaintiff") and the Louisiana Department of Public Safety & Corrections (Office of State Police) ("LSP") (collectively, "the Parties"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), jointly and respectfully move this Court to enter the proposed *Consent Protective Order and Confidentiality Agreement* ("*Order*") (attached hereto as Exhibit 1) and its incorporated/referenced Exhibit A.

The Parties acknowledge and agree that discovery in the above-styled action will involve the production or disclosure of documents, materials, information, and/or testimony concerning and/or containing confidential, proprietary, personal health, and/ or personal information. Prior to filing this motion, the Parties stipulated and agreed to the form and substance of the *Order* regarding and governing such information. Accordingly, the Parties respectfully request that this Court enter the proposed *Order* (attached hereto as Exhibit 1).

[*SIGNATURES MAY BE FOUND ON THE FOLLOWING PAGE*]

Respectfully Submitted,

*//s// John J. Coyle*
John J. Coyle*
Mark V. Maguire*
McEldrew Purtell
123 South Broad Street, Ste. 2250
Philadelphia, PA 19109
TELEPHONE: (215) 545-8800
mmaguire@mceldrewpurtell.com
jcoyle@mceldrewpurtell.com


**CHERDY SHERMAN ET AL**
James M. Williams, Esq.
1 Galleria Blvd, Ste. 1100
Metairie, LA 70001
T: (504) 962-4292
F: (504) 833-8080
E: james@thetrialteam.com

*Counsel for the Plaintiff*

LIZ MURRILL
Attorney General

BY:  */s/Jennie P. Pellegrin*
JENNIE P. PELLEGRIN
La. Bar Roll No. 25207
jpellegrin@neunerpate.com
BEN L. MAYEAUX
La. Bar Roll No. 19042
bmayeaux@neunerpate.com
NEUNERPATE
One Petroleum Center, Suite 200
1001 West Pinhook Road (zip 70503)
Post Office Drawer 52828
Lafayette, LA 70505-2828
TELEPHONE: (337) 237-7000
FAX: (337) 233-9450
*Special Assistant Attorneys General and Counsel for the Louisiana Department of Public Safety & Corrections (Office of State Police)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TAYLA GREENE<br>as Administrator of the Estate of the<br>decedent RONALD GREENE | CIVIL ACTION NO: 20-cv-0578 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| TROOPER DAKOTA DEMOSS, ET AL. | MAGISTRATE JUDGE KAYLA MCCLUSKY |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Joint Motion for Entry of Proposed Consent Protective Order and Confidentiality Agreement* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

/s/ John J. Coyle
John J. Coyle, Esq.