UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TAYLA GREENE As Administrator of the Estate of the decedent RONALD GREENE**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DAKOTA DEMOSS, ET AL,**<br><br>**Defendants.** | CIVIL ACTION NO. 3:20-CV-00578<br><br>JUDGE TERRY A. DOUGHTY<br><br>MAG. JUDGE KAYLA D. MCCLUSKY |

**JOINT MOTION FOR MODIFICATION
OF THE SCHEDULING ORDER**

Plaintiff Tayla Greene, by and through undersigned counsel hereby files this Joint Motion for Alteration of the Scheduling Order in the above captioned matter. In support thereof, Plaintiff avers as follows:

1. On May 5, 2020, Plaintiff initiated this matter by filing a civil complaint averring violations of the constitutional rights of Plaintiff's decedent. (ECF No. 1)

2. On September 14, 2020 Defendants filed Motions to Dismiss Plaintiff's Claims. (ECF Nos. 20,22,23)

3. In response, Plaintiff filed an Amended Complaint on October 5, 2020. (ECF No. 25)

4. On October 26, 202 Defendants filed a Supplemental Motion to Dismiss the Amended Complaint. (ECF No. 31)

5. On December 29, 2020 this Honorable Court Denied Defendant's Motions to Dismiss and Directed Defendant's to Answer Plaintiff's Amended Complaint. (ECF No. 51)

6. On January 27, 2021 Defendants filed a Notice of Appeal of this Honorable Court's Judgment to the Fifth Circuit. (ECF No. 57)

7. On September 20, 2022 the Fifth Circuit denied Defendants' Appeal and returned jurisdiction of this matter to this Honorable Court. (ECF No. 120)

8. On December 17, 2022, this Honorable Court issued a Scheduling Order, setting trial for June 17, 2024.

9. Thereafter, on February 6, 2023, Defendants filed a Motion to Stay Proceedings pending the resolution of criminal charges against Defendants. (ECF No. 136)

10. On February 15, 2023, this Honorable Court Granted Defendants' Motion and stayed all deadlines. (ECF No. 139)

11. On February 17, 2025, Plaintiff filed a Motion to Lift the stay. (ECF No. 157)

12. On February 20, 2025, this Honorable Court lifted the stay. (ECF No. 158)

13. On September 3, 2025 the court issued the operative Case Management Order which contemplates the parties conducting damage and causation discovery and conducting a settlement conference in December 2025. (ECF No. 184)

14. The parties have completed critical document discovery and have received some 8000 documents, video files, and audio files from Louisiana State Police.

15. The parties have identified their respective experts related to the damages and causation phase of discovery.

16. The parties have agreed that the depositions of two individuals identified in said documents are critical to damage and causation evaluation of this matter. Specifically, the forensic pathologists who performed the autopsy of Plaintiff's decedent, Dr. Frank J. Peretti and Dr. Jennifer Forsyth.

17. Counsel for Defendant Hollingsworth, Scott Wolleson Esq. has communicated directly with both Dr. Perretti and Dr. Forsyth and was informed that they have no availability for deposition until January 2026 due to their trial testimony schedule and professional obligations.

18. The parties have agreed to take the deposition of Dr. Perretti on January 7, 2026 and Dr. Forsyth on January 8, 2026 in Little Rock Arkansas. (Exhibits A and B)

19. In addition to the above referenced depositions, the parties are seeking additional information potentially related to the damage and causation phase of discovery.

20. Specifically, Undersigned Counsel issued a *Touhy* request to the Federal Bureau of Investigation (FBI) seeking documents related to an "autopsy review" conducted at the direction of the FBI as part of their investigation of Ronald Greene's death. (Exhibit C)

21. The FBI's initial response, Dated October 10, 2025 sought additional information related to Plaintiff's request prior to producing the requested documents. (Exhibit D)

22. Undersigned has responded to the email provided by the FBI in an effort to supplement the information provided in Plaintiff's Touhy letter and will continue to pursue the requested documents.

23. Finally, Counsel for Louisiana State Police, Jennie Pellegrin Esq., responded to an email from undersigned counsel on October 1, 2025 indicating that there are "…additional files that remain to be reviewed, (possibly) redacted and produced, but we estimate that our production will be completed by the end of the month".

24. The parties therefore jointly and respectfully request that the Case Management Order be modified to reflect the challenges discussed above.

25. A Proposed Modified Scheduling Order is attached hereto as Exhibit E.

26. No parties will be prejudiced by modifying the current Scheduling Order.

/s/ *Mark V. Maguire*
**McEldrew Purtell**
Mark V. Maguire, Esq. John J. Coyle, Esq.
123 South Broad Street Suite 2250
Philadelphia, PA 19109
T: (215) 545-8800
F: (215) 545-8805
 mmaguire@mceldrewpurtell.com
*Attorney for Plaintiff*

/s/ *Erin B Rigsby*
**Chehardy, Shermman, Williams, Recile & Hayes**
James M. Williams, Esq.
Erin B. Rigsby, Esq.
Inemesit U. O'Boyle, Esq.
1 Galleria Blvd Suite 1100
Metairie, LA 70001
T: (504) 962-4292
F: (504) 833-8080
E: james@thetrialteam.com
*Attorney for Plaintiff*

/s/ *Charles Bryan Racer*
Charles Bryan Racer
**LA Dept of Justice Litigation Division**
130 DeSiard Street, Suite 812 Monroe, LA 71201
318-362-5250
Fax: 318-362-5259
Email: racerc@ag.state.la.us
*Attorney for Dakota DeMoss*

/s/ *Patrick Scott Wolleson*
Patrick Scott Wolleson
**Breithaupt DuBos & Wolleson** P O Box 14106
Monroe, LA 71207
318-322-1202
Fax: 318-322-1984
Email: scott@bdw.law
*Attorney for Darby Hollingsworth*

/s/ *H Bradford Calvit*
 H Bradford Calvit
**Provosty Sadler**
4615 Parliament Dr Ste 200
Alexandria, LA 71315-3530
318-445-3631
Email: bcalvit@provosty.com
*Attorney for Christopher Harpin*

/s/ *Lee J. Ledet*
Lee J. Ledet
**Ledet Law Group**
P O Drawer 610
St Francisville, LA 70775 225-635-3921
Fax: 225-635-3292
Email: lee@ledetlawgroup.com
*Attorney for Floyd McElroy*

/s/ *Darren A. Patin*
Darren A. Patin
**Hailey McNamara**
3445 N Causeway Blvd Ste 800
Metairie, LA 70002
504-836-6500fax: 504-836-6565
Email: dpatin@hmhlp.com
*Attorney for John Clary*

/s/ *Collin J. LeBlanc*
Collin J. LeBlanc
**Keogh Cox & Wilson** P O Box 1151
Baton Rouge, LA 70821 225-383-3796
Fax: 225-343-9612
Email: cleblanc@kcwlaw.com
*Attorney for John Peters*

/s/ *Jay P. Adams*
Jay P. Adams
**Hudson Potts & Bernstein**
1800 Hudson Ln, Suite 300
Monroe, LA 71201
318-388-4400
Email: jadams@hpblaw.com
*Attorney for Kory York*

## CERTIFICATE OF SERVICE

I certify that the foregoing Consent Motion for Alteration of the Scheduling Order was filed via the Court's electronic filing system and thereby served upon all parties of record.

/s/ *Mark V. Maguire*

## CERTIFICATE OF CONFERENCE

I certify that Plaintiff's counsel met and conferred with defense counsel in this action on October 10, 2025. I further certify that all parties consent to this motion.

/s/ *Mark V. Maguire*

Dated: October 17, 2025