## PHASE 1

| Date | Event |
|---|---|
|  | Deadline to propound discovery to parties |
| Sept. 15, 2025 | Plaintiff to identify Phase 1 Common Issues experts |
| Sept. 29, 2025 | Defendants to identify Phase 1 Common Issues experts |
| January 30, 2026 | Plaintiff Phase 1 Common Issues expert disclosures and reports |
| Feb. 14, 2026 | Defendant Phase 1 Common Issues expert disclosures and reports |
| March 1, 2026 | Completion of discovery and filing discovery motions. |
| Before March 15 2025 | Phase One Mediation |

## PHASE 2

| Date | Event |
|---|---|
| March 30, 2026, 2025 | Deadline to propound discovery to parties |
| July 2, 2026 | Plaintiff to identify Phase 2 Common Issues experts |
| July16, 2026 | Defendants to identify Phase 2 Common Issues experts |
| August 1, 2026 | Plaintiff Phase 2 Common Issues expert disclosures and reports |
| Sept. 1, 2026 | Defendant Phase 2 Common Issues expert disclosures and reportsg |
| Sept. 15, 2026 | Completion of discovery and filing discovery motions. |

| | |
|---|---|
| Before October 1, 2026 | Phase 2 Mediation |
| October 1, 2026 | Deadline for all dispositive motions of Phase Two Defendants |

## PHASE 3

| Date | Event |
|---|---|
| October 15, 2026 | Deadline to propound discovery to parties |
| November 1, 2026 | Plaintiff to identify Phase 2 Common Issues experts |
| November 15, 2026 | Defendants to identify Phase 2 Common Issues experts |
| December 1, 2026 | Plaintiff Phase 2 Common Issues expert disclosures and reports |
| December 15, 2026 | Defendant Phase 2 Common Issues expert disclosures and reports |
| January 1, 2026 | Completion of discovery and filing discovery motions. |
| Before January 15, 2027 | Phase 3 Mediation |
| January 15, 2027 | Deadline for all dispositive motions |